# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN HURST, : | |
| : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | |
| : | NO.   13-5568 |
| SIEMENS CORPORATION GROUP : | |
| INSURANCE AND FLEXIBLE HEALTH : | |
| PROGRAMS and CIGNA BEHAVIORAL : | |
| HEALTH, INC. : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this 26th day of August, 2014, upon consideration of Defendants Siemens Corporation Group Insurance and Flexible Health Programs and Cigna Behavioral Health, Inc. ("Defendants")'s Motion for Summary Judgment (Docket No. 15), Plaintiff Kevin Hurst's Response in Opposition and Request for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(f)(1) (Docket No. 21), Defendants' Reply Brief (Docket No. 23), Defendants' Motion to File Documents Under Seal (Docket No. 14), and Plaintiff's Response in Opposition (Docket No. 22), it is hereby **ORDERED** that:

1. Defendants' Motion to File Documents Under Seal is **GRANTED**.  The Administrative Record shall remain sealed.
2. Plaintiff's Request for Summary Judgment pursuant to Rule 56(f)(1) is **DENIED**.
3. Defendants' Motion for Summary Judgment is **GRANTED**.
4. **JUDGMENT IS ENTERED** for Siemens Corporation Group Insurance and Flexible Health Programs and Cigna Behavioral Health, Inc. against Kevin Hurst on the entirety of the Complaint.  **THIS CASE IS CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.